# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 04-355-02 |
| v. | : | |
| | : | |
| EDWARD M. GILLIARD | : | CIVIL ACTION |
| | : | NO. 09-2401 |

## O R D E R

**AND NOW**, this 20th day of November, 2009, upon consideration of petitioner's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Document No. 143, filed May 26, 2009); Government's Response to Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Document No. 149, filed July 22, 2009); Petitioner's Response to Government's Opposition to Gilliard's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to Title 28, United States Code, Section 2255 (Document No. 150, filed August 4, 2009); and the Hearing on petitioner's first two ineffective assistance of counsel claims held on September 29, 2009, **IT IS ORDERED** that, for the reasons stated in the Memorandum of November 20th, 2009, petitioner's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue on the ground that petitioner has not made a substantial showing of a denial of a constitutional right as required under 28 U.S.C. § 2253(c)(2).

                                                **BY THE COURT:**

                                                ____/s/ Hon. Jan E. DuBois_____

                                                **JAN E. DUBOIS, J.**